UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEBRA WEISS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>1709 CORPORATION. dba SHOWTIME GENTLEMEN'S CLUB, a Wisconsin Corporation; THOMAS G. YOUTSOS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 3:20-cv-00990-slc<br><br>**COLLECTIVE ACTION**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**<br><br>Complaint Filed: October 28, 2020 |

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that plaintiff Debra Weiss ("Plaintiff" or "Ms. Weiss") will and hereby does move this Court pursuant to the Fair Labor Standards Act ("FLSA") for approval of the settlement agreement ("Agreement") reached between Plaintiff and defendants 1709 Corporation dba Showtime Gentlemen's Club ("Showtime"), Thomas G. Youtsos (collectively, "Defendants").

The Agreement is attached as an exhibit to the Declaration of John P. Kristensen filed concurrently with this Motion. *See* Declaration of John P. Kristensen ("Kristensen Decl."), ¶ 20, Exhibit 1.

Plaintiff submits that the Court should approve the Settlement for the reasons described in the Motion's Points and Authorities. Defendants do not oppose this Motion.

This Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, the declaration of John P. Kristensen, the pleadings, and all other papers on file in this action, and upon such other evidence and arguments as may be presented at a hearing on this matter.

Dated: May 28, 2021
/s/ John P. Kristensen
John P. Kristensen
**KRISTENSEN LLP**
12540 Beatrice Street, Suite 200
Los Angeles, California 90066
Telephone: (310) 507-7924
Fax: (310) 507-7906
*john@kristensenlaw.com*

Jay A. Urban
**URBAN & TAYLOR S.C.**
4701 N. Port Washington Road
Milwaukee, WI 53212
Telephone: (414) 906-5333
Fax: (414) 906-1700
*jurban@wisconsininjury.com*

***Attorneys for Plaintiffs***

## **CERTIFICATE OF SERVICE**

I certify that on Friday, May 28, 2021, the foregoing document titled **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT** and accompanying document were served via CM/ECF upon the following parties pursuant to Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE:

Geoffrey S. Trotier
Beth J. Kushner
**VON BRIESEN & ROPER, S.C.**
411 East Wisconsin Avenue, Suite 1000
Milwauee, Wisconsin 53202
Email: gtrotier@vonbriesen.com
Email: bkushner@vonbriesen.com

*Counsel for Defendants*

*/s/ John P. Kristensen*
John P. Kristensen